No. 01–9218.  MICHAU *v.* SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 01–9219.  MITCHELL *v.* PINCUS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–9220.  SMITH *v.* GIURBINO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–9221.  OUTLAW *v.* ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied. ■

No. 01–9222.  BROWN *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 01–9225.  VAUGHN *v.* PEARSON, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 01–9230.  BRIDGES *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 01–9233.  BAILEY *v.* HEMPEN ET AL.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 01–9236.  HILL *v.* RATELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–9239.  AHMED *v.* MAHONEY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9240.  JOSEY *v.* ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–9242.  ANDERSON *v.* ENTERPRISE RENTAL CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 01–9245.  McCONICO *v.* ALABAMA ET AL.  Sup. Ct. Ala. Certiorari denied.

No. 01–9249.  GRAMS *v.* MORGENSTERN.  Sup. Ct. Mont.  Certiorari denied.

No. 01–9252.  PUJOLS *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.